■ CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWNS OF LAKE GEORGE, QUEENSBURY, BOLTON and FORT ANN, Respondent, v. STATE OF NEW YORK, Appellant. (Claims Nos. 41434 & 45096.) — REYNOLDS, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Reynolds, J. [46 Misc 2d 1072.]